UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate's Case No. |
| ) | '08 MJ 1518 |
| V. ) | |
| ) | COMPLAINT FOR VIOLATION |
| Magdaleno CARRENO Jr. (1) ) | |
| ) | OF 21 USC, Section 841(a)(1) – |
| Valentin ESCOBAR-CHAVEZ (2) ) | Distribution of a controlled |
| ) | substance |

The undersigned complainant being duly sworn states:

### COUNT 1

On March 26, 2008, within the Southern District of California, defendants Magdaleno CARRENO Jr. and Valentin ESCOBAR-CHAVEZ, knowingly and intentionally distributed; three ounces of a schedule one controlled substance: to wit, methamphetamine, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Brooks D. Jacobsen
Special Agent
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 15th day of May, 2008.

HON. CATHY ANN BENCIVENGO
U. S. MAGISTRATE JUDGE

1

## Statement of Facts

In violation of the aforementioned statute the following acts were committed in the Southern District of California:

In April 2008, I became involved in an ongoing investigation focusing on the narcotics trafficking activities of Magdaleno CARRENO Jr. and was provided copies of reports authored by Task Force Officer (TFO) Paul Paxton, documenting the investigation to date. From reading the reports of conversations with TFO Paxton, I learned that initial telephonic contact with CARRENO was made on March 19, 2008, in San Diego County, to discuss the purchase of one ounce of methamphetamine. During the same conversation, CARRENO inquired if the undercover agent knew anyone who sells handguns.

Defendant CARRENO subsequently sold one ounce methamphetamine to an undercover agent on March 26, 2008. On April 9, 2008, and April 23, 2008, Defendant Magdaleno sold two ounces of methamphetamine to the undercover agent on each date.

On May 14, 2008, at approximately 4:45 PM, Defendants CARRENO and Valentine ESCOBAR-CHAVES met with the undercover agent aboard a government owned vessel in San Diego, California and sold three ounces of methamphetamine for the purchase price of $4,800.00. During this meeting Defendants CARRENO and ESCOBAR-CHAVES negotiated the purchase of four ATF prop firearms and traded methamphetamine for the guns by reducing the price of the methamphetamine to $4,000.00. CARRENO and ESCOBAR-CHAVES each purchased two pistols according to the undercover agent. At the time of arrest Defendant CARRENO was found to be in possession of $2,900.00 and four purchased handguns. Defendant ESCOBAR-CHAVES was found in possession of $1,100.00.

The ATF firearms purchased by the defendants are described as follows: (1) Lorcin, model L380, .380 caliber pistol, bearing serial number 353538; (1) Glock, model 27, .40 caliber pistol, bearing serial number BXC012US; (1) Glock, model 30, .45 caliber pistol, bearing serial number 30054RSR and (1) Ruger, model SP-101, .38 caliber revolver, bearing serial number 571-18822. Based on my training and experience and examination of the firearms, three of the handguns are manufactured outside the state of California. The Lorcin, model L380 which is manufactured in California will require additional analysis.