FILED

08 MAY 28 PM 3:20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1731 H |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Title 18, U.S.C., Secs. 922(g)(5) and 924(a)(2) - Alien in Possession of a Firearm; Title 18, U.S.C., Sec. 2 Aiding and Abetting |
| MAGDALENO CARRENO JR. (1), ) VALENTIN ESCOBAR-CHAVEZ (2), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

Beginning at a date unknown and to the grand jury and continuing up to and including May 14, 2008, within the Southern District of California, and elsewhere, defendants MAGDALENO CARRENO JR. and VALENTIN ESCOBAR-CHAVEZ, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

ABC:fer(1):San Diego
5/28/08

## Count 2

On or about March 26, 2008, within the Southern District of California, defendant MAGDALENO CARRENO JR. did knowingly and intentionally distribute 5 grams and more, to wit: approximately 19.86 grams (actual), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 3

On or about April 9, 2008, within the Southern District of California, defendant MAGDALENO CARRENO JR. did knowingly and intentionally distribute 5 grams and more, to wit: approximately 38.83 grams (actual), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 4

On or about April 23, 2008, within the Southern District of California, defendant MAGDALENO CARRENO JR. did knowingly and intentionally distribute 5 grams and more, to wit: approximately 38.15 grams (actual), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//
//
//
//
//

<pre>
 1                              Count 5
 2        On or about May 14, 2008, within the Southern District of
 3   California, defendants MAGDALENO CARRENO JR. and VALENTIN ESCOBAR-
 4   CHAVEZ did knowingly and intentionally distribute 50 grams and more
 5   of a mixture and substance containing a detectable amount, to wit:
 6   approximately 85 grams of methamphetamine, a Schedule II Controlled
 7   Substance; in violation of Title 21, United States Code, Section
 8   841(a)(1) and Title 18, United States Code, Section 2.
 9                              Count 6
10        On or about May 14, 2008, within the Southern District of
11   California, defendant VALENTIN ESCOBAR-CHAVEZ, did knowingly and
12   intentionally possess, with intent to distribute, 50 grams and more
13   of a mixture and substance containing a detectable amount, to wit:
14   approximately 90 grams of methamphetamine, a Schedule II Controlled
15   Substance; in violation of Title 21, United States Code,
16   Section 841(a)(1).
17                              Count 7
18        On or about May 14, 2008, within the Southern District of
19   California, defendant MAGDALENO CARRENO JR., being a person previously
20   convicted in a court, that is, the Southern District of California,
21   of a crime punishable by imprisonment for a term exceeding one year,
22   that is, on or about February 28, 2005, of bringing in aliens without
23   presentation; in violation of Title 8, United States Code, Section
24   1324, did knowingly and unlawfully receive and possess in and
25   affecting interstate commerce firearms, that is:
26        a.   one Glock, model 27, .40 caliber pistol, serial number
27             BXC012US;
28   //
</pre>

     b.   one Glock model 30, .45 caliber pistol, serial number 30054RSR; and

     c.   one Ruger, model SP-101, .38 caliber revolver, serial number 571-18822.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 8

On or about May 14, 2008, within the Southern District of California, defendant VALENTIN ESCOBAR-CHAVEZ, an alien illegally or unlawfully in the United States, did knowingly and unlawfully receive or possess in and affecting interstate commerce firearms, that is:

     a.   one Glock, model 27, .40 caliber pistol, serial number BXC012US;

     b.   one Glock model 30, .45 caliber pistol, serial number 30054RSR; and

     c.   one Ruger, model SP-101, .38 caliber revolver, serial number 571-18822.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2), and Title 18, United States Code, Section 2.

DATED: May 28, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
AARON B. CLARK
Assistant U.S. Attorney