FILED
AUG 14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,              ) | Criminal Case No. 08CR1731-H |
|---|---|
| Plaintiff,                             ) | **SUPERSEDING** |
|                                        ) | **I N F O R M A T I O N** |
| v.                                     ) | |
|                                        ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| MAGDALENO CARRENO, JR. (1),            ) | Distribution of Methamphetamine; |
| VALENTIN ESCOBAR-CHAVEZ (2),           ) | Title 21, U.S.C., |
|                                        ) | Sec. 841(a)(1) - Possession of |
| Defendants.                            ) | Methamphetamine with Intent to |
|                                        ) | Distribute |

The United States Attorney charges:

Count 1

On or about April 23, 2008, within the Southern District of California, defendant MAGDALENO CARRENO JR. did knowingly and intentionally distribute 5 grams and more, to wit: approximately 38.15 grams (actual), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//
//
//
//

<u>Count 2</u>

On or about May 14, 2008, within the Southern District of California, defendant VALENTIN ESCOBAR-CHAVEZ, did knowingly and intentionally possess, with intent to distribute 5 grams and more, to wit: approximately 43.15 grams (actual), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 8/14/08

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney