AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MAGDALENO CARRENO, JR. (1) | CASE NUMBER: 08CR1731-H |

I, MAGDALENO CARRENO, JR., the above named defendant, who is accused of Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine, being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on __8-14-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER